Magistrate Judge Benton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE'S |
| ) | DOCKET NO. MJ07-353M |
| Plaintiff, ) | |
| ) | ORDER GRANTING SECOND |
| ) | STIPULATED MOTION TO |
| ) | TO EXTEND TIME TO FILE |
| v. ) | INDICTMENT |
| ) | |
| KOU WEI CHIU, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER, having come before the Court on the Second Stipulated Motion To Extend Time to File Indictment, and the Court having considered the stipulated motion, together with the balance of the records and files herein, the Court now finds and rules as follows:

The Court finds that the ends of justice served by granting the requested extension for filing the indictment outweigh the best interests of the public and the defendant in a speedy trial, in that the defendant has recently undergone an extensive forensic evaluation, and the parties are now reviewing the findings from that evaluation and negotiating in good faith in an effort to resolve this case short of trial.

IT IS THEREFORE ORDERED that the second stipulated motion of the parties to extend the time within which an indictment shall be filed is GRANTED.

IT IS FURTHER ORDERED that the date by which the indictment shall be obtained and filed in this case is extended from October 26, 2007 to December 10, 2007.

SECOND ORDER EXTENDING TIME FOR
FILING INDICTMENT/CHIU - 1
(07-353M)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON
(206) 553-7970

1     IT IS FURTHER ORDERED that the period of delay from October 26, 2007 through December 10, 2007, is excludable time pursuant to Title 18, United States Code, Section 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, Title 18, United States Code, Sections 3161 through 3164.

5     DATED this _____ day of October, 2007.

                                             _____
                                             THE HONORABLE MONICA BENTON
                                             United States Magistrate Judge

Presented by:

*s/ Mike Lang*
MIKE LANG
Assistant United States Attorney

*s/ Per Telephonic Approval*
PETER FRIEDMAN
Attorney for Kou Wei Chiu

SECOND ORDER EXTENDING TIME FOR
FILING INDICTMENT/CHIU - 2
(07-353M)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON
(206) 553-7970