The Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KOU WEI CHIU,<br><br>　　　　　　　Defendant. | Case No. MJ07-388RAJ<br><br><br>PRAECIPE TO ATTACH DOCUMENT |

Defense Counsel Michele Shaw files this praecipe to attach document to the above-referenced case.

Please take note that the attached document is Exhibit M to the Defense Sentencing Memorandum (Dkt. No. 40).

\

\

\

\

**PRAECIPE TO ATTACH DOCUMENT-1**

MICHELE SHAW, P.S.
Attorney at Law
2003 Western Avenue, #330
Seattle, WA 98121
(206) 448-9612 (phone)
(206) 448-2252 (fax)
michele@micheleshawlaw.com

DATED this 1st day of April, 2008.

Respectfully Submitted,

  /s/ Michele Shaw
Michele Shaw, WSBA #19561
Attorney for Kou Wei Chiu
Law Office of Michele Shaw
2003 Western Ave., #330
Seattle, WA 98121
Telephone: (206) 448-9612
Fax: (206) 448-2252
Email: michele@micheleshawlaw.com


  /s/ Meghann McCann
Meghann McCann, WSBA #37069
Attorney for Kou Wei Chiu
Law Office of Michele Shaw
2003 Western Ave., #330
Seattle, WA 98121
Telephone: (206) 448-9612
Fax: (206) 448-2252
Email: meghann@micheleshawlaw.com



  /s/ Peter Friedman
Peter Friedman, WSBA #15661
Attorney for Kou Wei Chiu
Law Office of Peter Friedman
2003 Western Ave., #330
Seattle, WA 98121
Telephone: (206) 587-5330
Fax: (206) 448-2252
Email: peterf@seanet.com

PRAECIPE TO ATTACH DOCUMENT-2

MICHELE SHAW, P.S.
Attorney at Law
2003 Western Avenue, #330
Seattle, WA 98121
(206) 448-9612 (phone)
(206) 448-2252 (fax)
michele@micheleshawlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served any other parties of record that are non CM/ECF participants via tele-fax/U.S. postal mail.

Dated this 1st day of April, 2008.

/s/ Sienna Wakatsuki
Sienna Wakatsuki, Legal Assistant
Law Offices of Michele Shaw, #19561
2003 Western Ave., #330
Seattle, WA 98121
Phone: (206) 448-9612
Facsimile: (206) 448-2252
Email: sienna@micheleshawlaw.com

PRAECIPE TO ATTACH DOCUMENT-3

MICHELE SHAW, P.S.
Attorney at Law
2003 Western Avenue, #330
Seattle, WA 98121
(206) 448-9612 (phone)
(206) 448-2252 (fax)
michele@micheleshawlaw.com



**CENTER FOR ANXIETY AND DEPRESSION**     David L. Dunner, M.D., F.A.C.PSYCH

400 Island Corporate Center
7525 SE 24th St.
Mercer Island, Washington 98040
206-230-0330 phone • 206-230-0336 fax

April 1, 2008

The Honorable Richard A. Jones
United States District Judge

Re:  United States v. Kou Wei Chiu

Dear Judge Jones:

I have been asked by Michele Shaw, attorney for the Dr. Chiu, to comment on the appropriateness of Dr. Chiu being allowed to use public transportation, including commercial airplanes, during the time Dr. Chiu completes his sentence regarding the above matter. I have reviewed letters from Dr. Chiu's psychotherapist, Dr. David Sacks, and from his psychiatrist, Dr. Beth Baxter. They are of the opinion that Dr. Chiu poses no current threat to the public that would preclude his using public transportation, including airplane, train and bus travel.

I also met with Dr. Chiu this morning and conducted a brief psychiatric interview and mental status examination. I agree with Dr. Chiu's clinicians that Dr. Chiu does not pose a threat to the public that would preclude his using public transportation.

I hope this information can be taken into account regarding Dr. Chiu's sentencing on Friday, April 4, 2008.

Respectfully,

*[signature]*

David L. Dunner, MD, FACPsych
Director, Center for Anxiety and Depression
Professor Emeritus, Department of Psychiatry and Behavioral Sciences
University of Washington

**Exhibit M**
**Page 130**