UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
Office of the Clerk
700 STEWART ST. LOBBY LEVEL
SEATTLE, WA 98101
(206) 370-8400


July 23, 2008

Clerk, US Court
District of Middle Tennessee
801 Broadway
Nashville, TN 37203


Re:
USA v. Kou Wei Chiu
Our Case No: CR7-388RAJ
Dear Clerk:

Attached please find Transfer of Probation Jurisdiction Order as to dft Kou Wei Chiu, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at https://ecf.wawd.uscourts.gov/.

Attached certified copy of: order of transfer of jurisdiction, and financial record..

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.


Sincerely,

BRUCE RIFKIN,
District Court Executive

Consuelo Ledesma
Deputy Clerk
Encls.

07-CR-00388-APPL